x:\tc51615\appear

WDJ/ls
File No.: TC-51615

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X
EDWARD KOSOWSKI AND ELZBIETA STEFANSKA,

                Plaintiffs,

         -against-

100 CHURCH, LLC, 160 WATER ST., INC., 160
WATER STREET ASSOCIATES, 90 CHURCH STREET
LIMITED PARTNERSHIP, AMBIETN GROUP, INC.,
BANKERS TRUST COMPANY, BELFOR USA GROUP,
INC., FBP ONE LIBERTY PLAZA CO., LLC,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC., D/B/A BMS CAT, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC., BT
PRIVATE CLIENTS CORP., CUNNINGHAM DUCT
CLEANING CO., INC. DEUTSCHE BANK TRUST
COMPANY, DEUTSCHE BANK TRUST COMPANY
AMERICAS, DEUTSCHE BANK TRUST
CORPORATION, G.L.O. MANAGEMENT, INC.,
GENERAL RE SERVICES CORP., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR AIR
PROFESSIONALS, INC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., LAW ENGINEERING P.C.,
MERRILL LYNCH & CO, INC., NATIONAL
ASSOCIATION OF SECURITIES DEALERS, INC.,
NEW LIBERTY PLAZA LP, NEW YORK CITY
ECONOMIC DEVELOPMENT CORPORATION, NEW
YORK CITY INDUSTRIAL DEVELOPMENT AGENCY,
NEW YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION, ONE LIBERTY PLAZA, ONE WALL
STREET HOLDINGS, LLC., ROYAL AND
SUNALLIANCE INSURANCE GROUP, PLC, SABINE
ZERARKA, STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC., THE
BANK OF NEW YORK COMPANY, INC., THE BANK

         NOTICE OF
         APPEARANCE

         21 MC 102(AKH)

OF NEW YORK TRUST COMPANY NA, THE BOARD
OF MANAGERS OF THE ONE LIBERTY PLAZA
CONDOMINIUM (CONDO #1178), THE ONE LIBERTY
PLAZA CONDOMINIUM (CONDO #1178), TISHMAN
INTERIORS CORPORATION, TRC ENGINEERS, INC.,
WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE
LIBERTY PLAZA, CO. GP, CORP., WORLD
FINANCIAL PROPERTIES, L.P. AND ZAR REALTY
MANAGEMENT CORP., ET AL,

       Defendants.
------------------------------------------------------------------------X

C O U N S E L O R S :

  PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
   July 10, 2007

               /s/ William D. Joyce, III
               WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
               BARRY, McTIERNAN & MOORE
               Attorneys for Defendants
               STRUCTURE TONE, INC. s/h/a
               STRUCTURE TONE (UK), INC. and
               STRUCTURE TONE GLOBAL SERVICES, INC.
               2 Rector Street – 14th Floor
               New York, New York  10006
               (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York  10006
(212) 267-3700