x:\tc51615\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
EDWARD KOSOWSKI AND ELZBIETA STEFANSKA,

                Plaintiffs,

    -against-

100 CHURCH, LLC, 160 WATER ST., INC., 160
WATER STREET ASSOCIATES, 90 CHURCH STREET
LIMITED PARTNERSHIP, AMBIENT GROUP, INC.,
BANKERS TRUST COMPANY, BELFOR USA GROUP,
INC., FBP ONE LIBERTY PLAZA CO., LLC,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC., D/B/A BMS CAT, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC., BT
PRIVATE CLIENTS CORP., CUNNINGHAM DUCT
CLEANING CO., INC. DEUTSCHE BANK TRUST
COMPANY, DEUTSCHE BANK TRUST COMPANY
AMERICAS, DEUTSCHE BANK TRUST
CORPORATION, G.L.O. MANAGEMENT, INC.,
GENERAL RE SERVICES CORP., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR AIR
PROFESSIONALS, INC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., LAW ENGINEERING P.C.,
MERRILL LYNCH & CO, INC., NATIONAL
ASSOCIATION OF SECURITIES DEALERS, INC.,
NEW LIBERTY PLAZA LP, NEW YORK CITY
ECONOMIC DEVELOPMENT CORPORATION, NEW
YORK CITY INDUSTRIAL DEVELOPMENT AGENCY,
NEW YORK CITY INDUSTRIAL DEVELOPMENT

NOTICE OF
ADOPTION

07 CV 5299

CORPORATION, ONE LIBERTY PLAZA, ONE WALL
STREET HOLDINGS, LLC., ROYAL AND
SUNALLIANCE INSURANCE GROUP, PLC, SABINE
ZERARKA, STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC., THE
BANK OF NEW YORK COMPANY, INC., THE BANK
OF NEW YORK TRUST COMPANY NA, THE BOARD
OF MANAGERS OF THE ONE LIBERTY PLAZA
CONDOMINIUM (CONDO #1178), THE ONE LIBERTY
PLAZA CONDOMINIUM (CONDO #1178), TISHMAN
INTERIORS CORPORATION, TRC ENGINEERS, INC.,
WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE
LIBERTY PLAZA, CO. GP, CORP., WORLD
FINANCIAL PROPERTIES, L.P. AND ZAR REALTY
MANAGEMENT CORP., ET AL,

                      Defendants.
----------------------------------------------------------------------X

      PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

      WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment

dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
September 11, 2007

                                                      WILLIAM D. JOYCE, III (WDJ 9899)
                                                      BARRY, McTIERNAN & MOORE
                                                      Attorneys for Defendants
                                                      STRUCTURE TONE, INC. s/h/a
                                                      STRUCTURE TONE (UK), INC. and
                                                      STRUCTURE TONE GLOBAL SERVICES, INC.
                                                      2 Rector Street – 14th Floor
                                                      New York, New York 10006
                                                      (212) 313-3600