William J. Smith (WJS-9137)  
UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
_____X  
IN RE: WORLD TRADE CENTER LOWER  
MANHATTAN DISASTER SITE LITIGATION     21 MC 102 (AKH)

_____X

EDWARD KOSOWSKI (AND WIFE,  
ELZBIETA STEFANSKA)

                 V.         **NOTICE OF THE BROOKFIELD PARTIES' ADOPTION OF AMENDED ANSWER TO MASTER <u>COMPLAINT</u>**

100 CHURCH, LLC, ET. AL.,  
                                    CASE NUMBER: (AKH)  
                                    07 CV 05299  
_____X

       PLEASE TAKE NOTICE THAT Defendants Brookfield Properties OLP Co. LLC f/k/a BFP One Liberty Plaza Co. LLC, and Brookfield Financial Properties, Inc. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

       WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
       October 18 2007

                                Faust, Goetz, Schenker & Blee, LLP

                                By: William J. Smith (WJS-9137)
                                Attorneys for the Brookfield Parties
                                Two Rector Street, 20th Floor
                                New York, NY 10006
                                (212) 363-6900